# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

MOHAMED MOSTAFA,

    Petitioner,

v.  Case Nos. 23-cv-4185-BCW-P

DORIS FALKENRATH,

    Respondent.

- ○ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED, a certificate appealability is DENIED, and this case is DISMISSED.

Entered on: December 27, 2023.

    PAIGE WYMORE-WYNN
    CLERK OF COURT

    /s/ K. Willis
    (By) Deputy Clerk